USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARL WISTISEN, *individually and on behalf of all others similarly situated*,

Plaintiff,

-v-

ALIBABA GROUP HOLDING LIMITED, et al.,

Defendants.

26-cv-6654 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court has before it the stipulation and proposed order of Pavers and Road Builders District Council Pension Fund (the "Pavers Fund") and Rosewood Funeral Home Inc. ("Rosewood") that they be appointed co-Lead Plaintiff for the putative class pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B)(i), and that the law firms of Labaton Keller Sucharow ("Labaton") and Pomerantz LLP ("Pomerantz") be approved as co-Lead Counsel pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Dkt. No. 23.

Through the PSLRA, Congress intended to "prevent 'lawyer-driven' litigation." *Weltz v. Lee*, 199 F.R.D. 129, 131 (S.D.N.Y. 2001). Although the statute expressly contemplates the appointment of more than one lead plaintiff, the courts require some demonstration that proposed lead plaintiffs "'be able to operate in concert and manage the litigation and the lawyers.'" *Lavin v. Virgin Galactic Holdings, Inc.*, 2021 WL 5409798, at *4 (E.D.N.Y. Sept. 17, 2021) (quoting *Howard Gunty Profit Sharing Plan v. CareMatrix Corp.*, 354 F. Supp. 2d 18, 24 (D. Mass. 2000)). In addition, while there is precedent for the approval of co-lead counsel, courts also

require some concrete evidence of the steps that the two law firms will take to minimize costs to the class. *See Ohio Carpenters Pension Fund v. Globant S.A.*, 2026 WL 2495460, at *6 (S.D.N.Y. Aug. 25, 2026). The Pavers Fund and Rosewood have submitted no evidence that the two plaintiffs have ever had contact with one another, much less that they have worked out any arrangement for how they will manage the litigation together and resolve disputes if any arise. Labaton and Pomerantz also have offered no evidence of the measures they intend to take to minimize costs and to give the Court the means to audit their work to ensure that there has been no duplication.

Accordingly, the Court grants the Pavers Fund and Rosewood until November 5, 2026, to supplement their application to be appointed Lead Plaintiff and for Labaton and Pomerantz to be approved as Lead Counsel.

SO ORDERED.

Dated: October 22, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge