USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/06/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARL WISTISEN, *individually and on behalf of all others similarly situated*,

Plaintiff,

-v-

ALIBABA GROUP HOLDING LIMITED, et al.,

Defendants.

26-cv-6654 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court accepts the offer of Pomerantz and Labaton to make the JPA available for *in camera* review. *See* Dkt. No. 25 at 3. The JPA shall be emailed to Chambers at LimanNYSDChambers@nysd.uscourts.gov no later than November 9, 2026.

SO ORDERED.

Dated: November 6, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge